UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

MANUEL A AVILES
OPAL L GRAY-AVILES
Debtor(s)

Case No. 11-08641

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/02/2011.

2) The plan was confirmed on 06/03/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/20/2012.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,700.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,906.78 |
| Less amount refunded to debtor | $0.28 |

**NET RECEIPTS:** $4,906.50

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $216.83 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $216.83

Attorney fees paid and disclosed by debtor: $400.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED INPATIENT CONSULTAN | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA CONSULTANTS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 4,259.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 6,509.00 | NA | NA | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 400.00 | 742.51 | 742.51 | 0.00 | 0.00 |
| ASSOC FOR FAMILY DENTISTRY | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE INC | Unsecured | 1,203.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 4,285.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 1,000.00 | 680.56 | 680.56 | 0.00 | 0.00 |
| BUFFALO GROVE FIRE DEPT | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 557.00 | 1,870.45 | 1,870.45 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,981.00 | 2,126.90 | 2,126.90 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS HEALTH CENTER | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN NEUROLOGY LTD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 2,961.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 104.00 | 122.72 | 122.72 | 0.00 | 0.00 |
| DOCTORS OFFICE OF ZION | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| DONALD R STEINMULLER | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| ENH | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| EVANSTON NORTHWESTERN HEALT | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| FCNB | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FORD MOTOR CREDIT CO | Secured | 2,000.00 | 2,000.00 | 2,000.00 | 1,066.10 | 74.54 |
| FORD MOTOR CREDIT CO | Unsecured | 5,062.00 | NA | NA | 0.00 | 0.00 |
| FOUNDERS INSURANCE | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS INC | Unsecured | 1,059.00 | 1,053.80 | 1,053.80 | 0.00 | 0.00 |
| GLEN FLORA DENTAL | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| HEALTHPORT | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| IL BONE & JOINT INSTITUTE | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | 1,591.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 511.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Secured | 8,500.00 | 7,942.02 | 7,942.02 | 3,549.03 | 0.00 |
| KANG-YANN LIN MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY FOOT & ANKLE | Unsecured | 9,778.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY HEALTH DEPT | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 1,382.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 800.00 | 893.89 | 893.89 | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MILA M KYNCL MD | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| NARS ASSOCIATES | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CARDIOLOGISTS | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| NORTH SUBURBAN DERMATOLOGY | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| NORTHEAST RADIOLOGY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIV HS RADIOLOGY | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 3,325.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN HOSPITAL | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| OB GYN ASSOCS OF LIBERTYVILLE | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 3,500.00 | 1,243.63 | 1,243.63 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPEN ADVANCED MRI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PALUAY PEDRO | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | NA | 428.02 | 428.02 | 0.00 | 0.00 |
| PHYSICAL THERAPY & REHAB SPEC | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 953.00 | 762.89 | 762.89 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 298.00 | 331.24 | 331.24 | 0.00 | 0.00 |
| QUALITY HEALTHCARE | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 609.30 | 609.30 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE MEDICAL CENTER | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| ROSEN MAZDA | Unsecured | 1,990.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SOUND & SPIRIT | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 618.00 | 465.00 | 465.00 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| STEINWALD O | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| TAMARA R FOUNTAIN MD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| THOMAS & THOMAS MEDICAL CTR | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Unsecured | 50.00 | 49.98 | 49.98 | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| VICTORY MEMORIAL HOSPITAL | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER EAST | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WAUKEGAN CLINIC CORPORATION | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,243.63 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,942.02 | $4,615.13 | $74.54 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,185.65** | **$4,615.13** | **$74.54** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$10,137.26** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $216.83 |
| Disbursements to Creditors | $4,689.67 |
| **TOTAL DISBURSEMENTS** : | **$4,906.50** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/09/2013     By: /s/ Glenn Stearns
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**